UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90088 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | AVAYA INC., et al. | |

This lawyer, who is admitted to the State Bar of __New York__ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Damian S. Schaible<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4580<br>New York: 4086864 |

Seeks to appear as the attorney for this party:

Citibank, N.A. as Prepetition ABL Agent and proposed DIP ABL Agent

Dated: February 14, 2023          Signed: /s/ Damian S. Schaible

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                           United States Bankruptcy Judge