| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90088 |
|---|---|---|---|
| | Debtor | In Re: | Avaya, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John K. Rezac<br>Taylor English Duma LLP<br>1600 Parkwood Cir., Ste 200<br>Atlanta, GA 30039<br>678-336-7195, jrezac@taylorenglish.com<br>Georgia 601935<br>N.D. Georgia 601935 |
|---|---|

| Name of party applicant seeks to appear for: | Verint Systems, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:  2/22/2023 | Signed: | /s/John K. Rezac |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States Bankruptcy Judge